# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4012
_____

MARIO WOOD,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

March 25, 2019


PER CURIAM.

　　AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mario Wood, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.